agent in the procurance of insurance as an agent, *held* not to invade the province of the jury.

5. WITNESSES, § 278*—*what is not proper impeachment.* Evidence of matter immaterial to an issue is not competent as impeaching proof.

---

**Thomas McGuire, trading as McGuire & White Detective Agency, Appellee, v. City of Chicago, Appellant.**

**Gen. No. 23,680. (Not to be reported in full.)**

Appeal from the County Court of Cook county; the Hon. DAVID T. SMILEY, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed March 5, 1918.

### Statement of the Case.

Action by Thomas McGuire, trading as McGuire & White Detective Agency, plaintiff, against the City of Chicago, defendant, to recover money paid as detective license fees for the years 1910 to 1915 under an invalid ordinance.

The case is governed by the decision in *Rath v. City of Chicago*, 207 Ill. App. 117.

SAMUEL A. ETTELSON, for appellant; DONALD P. VAIL, WILBUR F. HARTMAN and GEORGE A. CURRAN, of counsel.

LANDON & HOLT, for appellee.

MR. PRESIDING JUSTICE HOLDOM delivered the opinion of the court.

---

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.